AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Ricky Anderson, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:26-cv-13891 |
| Technical Solutions Group, LLC d/b/a Medical Data RX | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff .

Date: 10/16/2026

/s/ Jeff Ostrow
*Attorney's signature*

Jeff Ostrow
*Printed name and bar number*

Kopelowitz Ostrow P.A.
One W. Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
*Address*

ostrow@kolawyers.com
*E-mail address*

(954) 332-4200
*Telephone number*

(954) 525-4300
*FAX number*